UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| W.C. and S.C. on behalf of R.C.,<br><br>Plaintiffs,<br>v.<br>SUMMIT BOARD OF EDUCATION,<br><br>Defendant. | Civ. Action No. 06-5222 (KSH)<br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

**THIS MATTER** having come before the Court upon the parties' cross-motions for summary judgment; the Court having considered the written submissions by the parties; and for good cause shown and for the reasons more fully set forth in the opinion of this Court,

**IT IS** on this 31st day of December, 2007

**ORDERED** that the parties' motion for summary judgment and cross-motion, appearing the docket as entries # 14 and # 19, are **denied**; and it is further

**ORDERED** that defendant Summit Board of Education may file a supplemental brief of no more than 5 pages if it seeks to contest the amount of attorneys' fees sought under 20 U.S.C. § 1415(e)(4)(B) on or before January 14, 2008; and it is further

**ORDERED** that plaintiffs may file a response of no more than 5 pages on or before January 21, 2008.

/s/Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.